UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 05-24306 |
| | | CHAPTER 13 |
| KENNETH G. LONG | | |
| AMANDA S. LONG | : | JUDGE JEFFERY P. HOPKINS |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916821 | $33.67 |

Creditor(s)
JK Harris
c/o RAI Credit Corp.
P.O. Box 1285
Bayonne, NJ 07002

                                          Respectfully submitted,

                              /s/    Margaret A. Burks, Esq.
                                          Margaret A. Burks, Esq.
                                          Chapter 13 Trustee
                                          Attorney No. OH 0030377

                                          Francis J. DiCesare, Esq.
                                          Staff Attorney
                                          Attorney No. OH 0038798

                                          Karolina F. Perr, Esq.
                                          Staff Attorney
                                          Attorney No. OH 0066193

                                          600 Vine Street, Suite 2200
                                          Cincinnati, OH 45202
                                          (513) 621-4488
                                          (513) 621 2643 (Facsimile)
                                          mburks@cinn13.org - Correspondence only
                                          fdicesare@cinn13.org
                                          kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, May 14, 2010.

                                                                                /s/      Margaret A. Burks, Esq.
                                                                                       Margaret A. Burks, Esq.

| | |
|---|---|
| JK Harris<br>c/o RAI Credit Corp.<br>P.O. Box 1285<br>Bayonne, NJ 07002 | Debtor(s) Counsel<br>KEEGAN & CO., L.P.A.<br>4440 GLENESTE-WITHAMSVILLE RD.<br>SUITE 350<br>CINCINNATI, OH  45245 |
| Debtor(s)<br>KENNETH G. LONG<br>AMANDA S. LONG<br>20 GATEWAY DRIVE<br>LOVELAND, OH  45140 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br> (service waived) |

Registry_Deposit_for_Creditor